IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BERNARD BANKS, JR.,**

    **Plaintiff,**

v.                                                                                 Civil Action No. 3:24cv594

**JAMES S. YOFFY,** *et al.*,

    **Defendants.**

## MEMORANDUM OPINION

By Memorandum Order entered on September 6, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. On November 12, 2024, the United States Postal Service returned an October 31, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Not at Jail Release." (ECF No. 6, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                                /s/
                                                           M. Hannah Lauck

Date: 11/21/2024                                           United States District Judge
Richmond, Virginia